# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Castro ..................................... 30141    08/08/2011    Vacated and Remanded

State v. Selwyn .................................... 29955    08/24/2011    Vacated and Remanded